03-15-00114-CV



**Liz Q. Gonzalez, Hays County Clerk**
**712 S. Stagecoach Trail, Ste. 2008, San Marcos, TX 78666* (512) 393-2199**

June 3, 2015

Dear Mr. Jeffrey D. Kyle,

As of June 3rd, 2015, Appellants' Attorney, Jeffery S. Kelly, has not submitted any request for a Designation of Clerks Record nor has he made a payment for a Clerks Record.

Please feel free to contact me if any questions Monday-Friday, 8:00 am – 5:00 pm.

Thank you,

Roxanne Sanchez
Senior Deputy
*Hays County Clerk's Office*
*712 S. Stagecoach Trl.*
*Suite 2008*
*San Marcos TX 78666*
*Ph. 512-393-7327*
*Fax 512-393-7735*
*www.co.hays.tx.us*